The United States District Court
for The District of Montana
Great Falls Division



Clerk, U.S. District Court
District of Montana
Great Falls Division

**Enrolled Members of the
Blackfeet Tribe
aka Treaty Status Indians**
(M*odern day descendants of
the full blood community of Pikuni Indians*)

**Pro Se
Plaintiffs,**
v.                                                      **CV-15-92-GF-BMM-JTJ**

**Thedus Crow**

**Defendants**

## Motion for Leave to File Amended Complaint

### Introduction

**Pro Se Plaintiffs, Enrolled Members of the Blackfeet Tribe aka Treaty Status Indians** (*Modern day descendants of the full blood community of Pikuni Indians*) **respectfully moves** the **Court**, pursuant to **Rule 15** of the Federal Rules of Civil Procedure, for **Leave** to **file** an **AMENDED COMPLAINT** to **CV 15-92-GF-BMM-JTJ**, a **copy** of which is attached hereto.

The **new complaint** maintains the counts and allegations against the same **Defendants (Thedus Crow)** from the **original complaint**, but accounts for the **significant factual** and **procedural developments** that **have occurred since** the **original complaint** was **filed** in **October 2015.**

**Defendants** were **provided** an **advance copy** of the proposed **Amended Complaint**. As of the time of filing February 12, 2018 **Defendants** had **not consented** to the **filing**. Accordingly, **Plaintiffs'** seeks the **Court's Leave** to **Amend** that should be **Granted** for the **reasons** set forth below.

## STATEMENT OF FACT

On **October 2015**, **Pro Se Plaintiffs**, **Enrolled Members of the Blackfeet tribe aka Treaty Status Indians** (*Modern day descendants of the full blood community of Pikuni Indians.*) filed an **original complaint** under **real property** in the **Great Falls Division** of the **US District Court** for the **District of Montana** for a **legal verification** to establish **Legal Standing** and **Original Title** to the **Blackfeet reservation** for **Enrolled Members** according to the **Blackfeet Treaty of October 17, 1855** (11 stat. 657). The **Plaintiffs** also want the **Tribe** to keep for the **Membership all Ownership** rights for the **Water delivery system** on the **reservation** and **Federal Decreed water rights** for **all Blackfeet waters**. These **demands** for **relief** are for **Legal and Financial Injury** directly connected to keeping the **Legal Rights** and **Privileges** embedded in both **Treaty status** and **Federal Indian status**. A lost of **Ownership** of **Tribal assets** in any form is a direct **Legal Injury** to the **Plaintiffs'** as **Part Owners** of the **Blackfeet reservation**. .

A **Motion** for **Leave** to **file** an **Amended Complaint** to **CV 15-92-GF-BMM-JTJ** is a preemptive **legal procedure** that is necessary to identify **New Facts** and correct **all Legal Propositions** and **Omissions.**

Among these **New Facts** are the **Special Tribal Elections** for the **Indian Termination Act** known as the **New Blackfeet Constitution** and the **Blackfeet Water Compact**. Both **documents** change the **Legal Definitions** for **Tribe** and **Tribal Member** which intrude and diminish **Tribal Inherent Sovereignty.**

The **Special Tribal Election** for the **New Blackfeet Constitution (a Termination Act)** was a **Federal Trustee** Interior Department sanctioned **Secretarial Election**. It was **defeated** at the **ballot box**, reaffirming the legitimacy of the Blackfeet tribe's organic documents (Blackfeet Treaty of 1855, (48 stat. 984, Section 16 (1934), Blackfeet Corporate Charter (49 stat. 378 (1935), Plan of Operations (Tribal resolution 45-64), Code of Ethics (Tribal resolution 88-2004) and the US Constitution).

In **CFR 25, Indians, Section 16 Tribal Organizations**, is the **Fiduciary duty** and **Trust responsibility** done by **Interior Department** to prevent the misappropriation or theft of Tribal money, change of titles to Tribal properties and official misconduct for **private enrichment** are **described** in the **Manner of Review** section for **Indian Reorganization Act (IRA) tribes**. The **Manner of Review** language in the **1934 Blackfeet Constitution** is **Article 6, Section 2.**

**Another protection** that is never used for **Tribal business deals** is the language that says all deals over **$10,000** need to be passed by a **Tribal Referendum Election** by the **majority of eligible voters**. According to **Article 7** of the **Blackfeet Procedure** of Adoption, **Certificate Adoption** requires the **BIA** to uphold the **Blackfeet Constitution** and **Corporate Charter**. The **BIA** must also enforce the **indebtedness rules** which say the **BTBC** can not exceed **$100,000.**

A list is included that identifying all **BTBC loans** that are over **$100,000**. **A Blackfeet Tribal Court decision No. 2005-ca-153** for a **Petition** for **Injunctive Relief-Amended (Plaintiffs seek Relief)** is an example of a **BTBC loan** over **$100,000**. A packet of **all existing rules** that are being **violated** or are **not followed** by the **BTBC** are included in this **letter.**

The **Special Tribal Election** for the **Blackfeet Water Compact** was a **Blackfeet Tribal Referendum Election**. This type of **Tribal Election** violated the **voting rights** of **Eligible Tribal Members** living

<u>off</u> the **reservation** because **Water** is a **Treaty Right** and these <u>disenfranchised</u> **Members** had the <u>legal right</u> to **vote** on <u>any changes</u> to the **Blackfeet Water Right**.

The **2017 Article 9, <u>Referendum Election</u>** required a <u>vote tally</u> of **4570 members** which is **1/3 vote** of the **eligible voters**. The **Tribal <u>Referendum Election</u>** for the **Blackfeet <u>Water Compact</u> (Tribal resolution 152-2017) <u>did not meet the 1/3 vote requirement</u>** because the <u>vote total</u> were **2525** members (1894 yes votes and 631 no votes). The **1998 4 year Staggered Term Interior Department <u>Secretarial Election</u>** in had a **voter total** of <u>833</u> (593 yes votes and 240 no votes). The **<u>Staggered Term Election</u>** was a **mail-in voting** and <u>did not have</u> <u>voting polls</u> on the **reservation**. The <u>vote tally</u> for the **2017 Interior Department <u>Secretarial Election</u>** for the **New Blackfeet <u>Constitution</u>** was **<u>2923</u>** (1644 no votes and 1279 yes with **883 yes** votes were **off reservation votes**) and it **had <u>voting polls</u>** on the **reservation**.

In the **Modern Era** of **Membership** <u>protest</u> and <u>petitions</u> opposing the **Blackfeet Tribal Government Staff** began with the <u>passage</u> of the **1934 IRA (Contract by Fraud** because the authors <u>eliminate all</u> **Stockholder rights** and **Membership owner rights**). **Dozens** of <u>**Member** signed **Petitions**</u> for the **removal** from the **Tribal Council** for **theft** from the **Tribe** have been **submitted** and **registered** by BIA officials employed at **Blackfeet Agency**. The **Modern Era** of **Election Fraud** done by **changing** the **total vote** by **hand count** or by **voting machine** to <u>reward</u> **special interests** and **private parties** who are **political actors** participating in **today's criminal conspiracy**.

**Blackfeet <u>Water Compact</u>** violations are **<u>No</u> ligation case** document, **hiding** documents, **secret meetings** and **<u>No</u> Tribal Member <u>amendment process</u>** that would <u>address</u> topics and changes to <u>protect</u> the **Treaty right** and **<u>make money</u>** for the **Tribal Members**. Many **Tribal Members** were <u>mislead</u> into <u>believing</u> they <u>would get</u> a **per capita payment** for <u>voting for</u> the **Blackfeet Water Compact**. The **Tribe's Legal Counsel** and **Staff** <u>did not tell</u> the **Membership** that their <u>vote</u> would **not get** a financial benefit for Tribal Members (Water Compact section 17 subsection. J- **No Portion** of the **trust fund <u>will be given</u>** to the **Membership**). Lastly, the **Water Rights ballot language** did **not differentiate** "what part" was the **Water Rights <u>Settlement Act</u>** and "what was" the **Blackfeet <u>Water Compact</u>** with the **State of Montana**.

The <u>**Injury**</u> to the **Enrolled Members of the Blackfeet tribe aka Treaty Status Indians** (*Modern day descendants of the full blood community of Pikuni Indians*) as **Part Owners** of the reservation <u>happens when</u> the **Defendant(s)** <u>take away</u> **Membership** and **Stockholder ownership** of **Blackfeet Corporate assets** as <u>described</u> in the **Tribe's organic documents**. The **legal <u>Injury</u>** is **clear** and **quantifiable** because there is **<u>No</u> financial benefit** as the **<u>Legal Signatory</u>** for <u>modifying</u> **Blackfeet Water Right**. In addition to this **legal injury**, <u>giving away</u> **Tribal assets** like the **Water Right** for **Nothing** is <u>against</u> **Blackfeet Oral history** which says the **IRA Blackfeet Corporation** known as the **Mootakanikasim (the wheel)** is <u>suppose to pay</u> to the **Members money** from **each Tribal asset** generating <u>yearly</u> or **one time income.**

Presently, the **BTBC** makes a **bank loan** for a <u>made up</u> (arbitrary) **per capita payment** that is <u>not connected to</u> **Tribal <u>income assets</u>** or **<u>awards</u>**. All these matters require **criminal prosecution** and a **Federal government audit** on both **historic** and **present day Tribal finances, land** and **tribal organization property titles** and the **Tribal enrollment roll** so all **fraudulent practices** are **retired** from **Tribal government** an the **legal rights** of the **Tribal membership** are protected as **Part Owners** of the **Blackfeet reservation**

<u>**Hurting** efforts</u> to **change parts** of the **Blackfeet Water Compact** is an **amendment** to Tribal

**Ordinance 67 no. 7-2010** that **prohibit** free speech, the distribution of educational handouts, the press, assembly and associations by making slanderous or libelous statements, allegations of threat, slanderous material, false innuendos or misleading statements that harm, discredit or expose **a Council member** to hatred, ridicule or contempt a **crime** which **violates Article 8, Section 1, Suffrage** and **Article 8, Section 3, Civil Liberties. Civil Liberties, Economic Rights (Section 2)** and **Rights of Accused (Section 4)** were passed in **March 7, 1964 (Blackfeet Constitutional Amendments** to add the **1964 Indian Civil Rights Act).   US v. Wadena**, 8th Cir, No. 06-2535 **(2006)** ;**US v. Blaine County**, 9th Cir, No. 02-35691 **(2004)** ;**Monroe v. Kipp**.

**Discussions** about the **Blackfeet Water Right** needs to recognize all **New Facts**. Among these **New Facts** are a fraudulent **Blackfeet Referendum Election** on the **Blackfeet Water Compact**, the **Montana Water Court** making **Preliminary Decrees** for the **St. Mary water shed** (basin 40) and **local towns** are selling water from **Tiber dam (basin 41). Tiber dam** collects **Blackfeet reservation water** from basin **41M** (Birch creek, Blacktail creek, Badger creek and Two Medicine river) and **41L** (Cut Bank creek). **Losing title** to these **waterways** eliminates the **Blackfeet Water Right** claim and shows direct **legal** and **financial Injury** to all **Members** of the **Blackfeet tribe** including the **Plaintiffs, Enrolled Members of the Blackfeet tribe aka Treaty Status Indians(** *Modern day descendants of the full blood community of Pikuni Indians*) as **Part Owners** of the **Blackfeet reservation.**

**Water development** began at **Blackfeet Agency** when Indian labor started developing **hand built** irrigation **ditches** on the **reservation in 1879**. In **1884** a **small ditch** water delivery system and **earth dam** called **Swift dam** were built by the **Indian Service** for newly settled **Indian farm lands** in the **Heart Butte, Two Medicine** and **Cut Bank creek** areas. The **Agreement** of the Act of May 1, **1888** (25 stat. 129) **appropriated settlement money** to the **Indian Service** to build irrigation projects and water delivery systems on the **reservation** for the **Blackfeet tribe**. Three years later, in **1891** the **Department of Agriculture** did studies on **basin to basin water transfers** on the **reservation** for **basins 41 and 40**.

The **Pondera Canal Company** owned by **Conrad Investment Company** began its irrigation project operations in **1894**. The next year in **1895** the **Indian Service** started the **Fort Belnap irrigation project**. Three years later in **1898** the **Northwest Irrigation Company** began a business with **canals** for **water delivery** from **Magrath to Stirling**. The next year in **1899** the **Northwest Irrigation Company** got a **Permit** to **divert water** from the St Mary river (40T) for the **St Mary Project.**

In **1900** the **US Geological Service** surveyed the **St Mary water shed** and the **Northwest Irrigation Company's, St Mary Project** started to deliver water from the **St. Mary** irrigation **canals** to **Lethbridge, Alberta**. The next year in **1901** a US Geological Service survey was done of the **canal system** for the **reservation's interior lands** using St Mary water (40T).

In **1902** the Reclamation Act was passed the **US Government** "reserved" Blackfeet **Tribal lands** in the **St. Mary valley** for a **new water delivery system**. Also in **1902** the **Northwest Irrigation Company's St, Mary Project** got **Permit** to divert water from the **Belly river**.

The **Indian Service** became **Partners** with the **Bureau of Reclamation (BOR )** in **1903 to** development water resources on the **Blackfeet reservation**. A year later in **1904**, the **Indian Service** began the **Cut Bank diversion project**. Also in **1904**, the **Northwest Irrigation Company** got **Applications** to **divert water** to the **Milk (40F)** from the St Mary river (40T) than sold the **St Mary Project** to **Alberta Railway and Irrigation (AR& I).**
In **1905** the **Indian Service** funded the **St. Mary storage Unit** and the **US Government** funded **Fresno**

dam and **reservoir project**. Also this year in **1905** the **Bureau of Reclamation (BOR)** used <u>Indian Service</u> irrigation funds to built **29 miles** of **long gravity canal** named the **All American canal** to <u>deliver water</u> from **basin 40** that <u>originates on</u> the reservation to <u>off reservation water users</u> in **Eastern Montana.**

The <u>Indian Service</u> **file suit** against **Conrad Investment Company** and its subsidiary business **Pondera Canal Company** in **1907**. The **Blackfeet Tribe** got a **Federal Decreed water right (number 720)** for **Birch Creek** in **basin 41M.**. The **legal water right** was based on **Prior and Paramount right** and is **elastic** so the **Tribe** has a **legal title claim** to <u>as much water</u> (**additional water**) from the **Birch Creek** as the **Tribe** <u>needs</u> for the **reservation**. Also happening in **1907**, the US **Congress** <u>passed</u> a **law** on **March 1** <u>appropriate funds</u> to <u>pay for</u> **Blackfeet project** and <u>new irrigation systems</u> on the **reservation** to <u>fulfill</u> the **Blackfeet Treaty rights.** A <u>week later</u> (**March 8, 1907**) the US **Congress** <u>passed</u> a **law** where the **Indian Service** was **required** to <u>give funds</u> for <u>design, engineering</u> and <u>construction</u> of **new irrigation systems** on the **reservation** to the **Bureau of Reclamation (BOR)** as **Partners** for <u>all water projects</u> **funded** by the **Indian Service**.

In **1908** the **Indian Service** built the **Frazier-Wolf Point** Unit. Also this year (**1908**) the **Dodson** irrigation project, **diversion** and **canal system** was **funded**. In **Canada** this year (**1908**) the **Canadian Pacific Railway** (**CPR**) bought out **Alberta Railway and Irrigation** (**AR & I**) and took over the **St Mary Project**.

In **1909** the **Teton County Canal and Reservoir Company** (**TCCRC**) was <u>incorporated</u> than changed the **business name** to **Pondera County Canal and Reservoir Company** (**PCCRC**). The **PCCRC** has **5 districts** with **district 2** divided into West and East districts, 2 **dams** at **Lake Francis water storage facility**, 360 miles of **canals**, 1000 **diversions** and is the **municipal water supply** for the city of **Conrad,**

In **1909** the **Boundary Water Treaty** was made between the **US** and **Canada** for the use of **St Mary (40T)** and **Milk (40F) rivers**. The **Blackfeet Federal Reserved water right** was <u>not part</u> of the **International Treaty**. The **Blackfeet Water Right** is a **Federal Reserved** water right <u>originating on</u> the **reservation** for the **Blackfeet tribe.**

The **Swift dam** was improved by the **Indian Service** in **1910**. The next year in **1911** the **Indian Service** built the **Two Medicine district project** which has a **dam,** 45 miles of **canal** with 129 miles of **lateral irrigation ditches**.

In **1912 Indian Service** built the **Two Medicine concrete spillway** and **outlet structure** as well as finished **Piegan district diversion** of 17 miles of **V type laterals**. Also in **1912** the **Canadian Pacific Railway** (**CPR**) started their **Settlement program** for southern **Alberta**.

In **1914** the **Sherburne dam** was built on **Tribal land** by the **Bureau of Reclamation (BOR)** and the **Indian Service** built the **Birch creek diversion** to keep the **Federal water right**. Two years later in **1916** the **Indian Service** funded the **Fisher canal** and **chute drop.**

The **Blackfeet irrigation project** has **6 districts** (Birch creek, Piegan, Badger-Fisher, Two Medicine, Cut Bank-North and Cut Bank-South), **2 dams** (Swift and Two Medicine), **3 canals** (Fisher Canal, Four Horns supply canal and Two Medicine canal), **4 reservoirs** (Blacktail diversion dam, Four Horns reservoir, Spring Lake reservoir and Lower Two Medicine Lake reservoir) and **4 diversion dams** (Badger-Fisher, Birch Creek, Cut Bank-North and Cut Bank South) that develop **4 waterways** (Birch

creek, Blacktail creek, Badger creek, Two Medicine river and Cut Bank Creek). The **St Mary Project** has the Lower St Mary lake **reservoir**, St Mary **diversion dam**, St Mary river **siphon**, Sherburne dam **storage unit**, Swift Current **dyke**, Kennedy creek **siphon**, Hall's creek **siphon**, Milk river **hydraulic drops** (5 ponds) and 29 miles of **canal** on the **reservation**.

In **1918** the **Canadian Pacific Railway** (CPR) makes **water contracts** for 102,900 acres. Three years later in **1921** the **International Joint Commission (IJC)** made a **recommendation** between the US and **Canada** to obtain maximum benefits from **flood waters** from the St. Mary (40T) and **Milk** (40F) rivers.

In **1936** the **Canadian Pacific Railway's (CPR) St Mary Project** storage reservoirs at **Jensen** and **Ridge** start storing water from **St. Mary** river (basin 40). Eight (8) years later in **1944**, the US started the **Tiber dam complex.** The next year in **1945** the **Management** of the **St Mary Project** in **Alberta** was given to an **Alberta Provincial Organization** called the **St Mary and Milk Rivers Development (SMRD).** The **St. Mary Project** dam and **reservoir** complex were improved and enlarged at **Jensen** and **Ridge** reservoirs starting in **1952**.

In **1967** the **Swift Dam, reservoir** and **secondary earthen dyke** were rebuilt. The next year in **1968** the **Provincial Crown Corporation**, the **St Mary and Milk Rivers Development** (SMRD), turned over management of the **St Mary Project** and the **Ridge reservoir** to the water user operating an irrigation district conglomerate and named the new private management business, the **St Mary River Irrigation Districts** (SMRID). The SMRID has **4 districts** which are **St Mary, Taber, Raymod and Magrath.** The **300 mile** water delivery system starts at **Waterton reservoir** is collected at **Jensen**/and **Ridge reservoirs** and is **transported** in the **main canal** to **Medicine Hat.**

In **1983** the **Blackfeet Water Rights Litigation case** was **suspended** with a **moratorium** on all new claims. For the next thirty five years (**1983 to 2017**), the **Blackfeet Water Negotiation team** has done **meetings** with **State** and **Federal** representatives on the **Blackfeet water right** and management of **reservation water resources**..

In **2014 Montana Water Court** made **265 Preliminary Decrees** for **Water Allotments** for the **St. Mary water shed (basin 40)** despite **moratorium (No new water appropriations** for **waters originating on** the **Blackfeet Indian reservation)** for **basins 41** and **40**. Also in **2014**, a **Montana town** (Shelby) is selling water from **Lake Elwell (basin 41)** which is the **deposit site** for **waters originating on** the **Blackfeet reservation**. In **2016** the **town of Browning** loses appeal over ownership claim of the water delivery system and liquidates **town assets** to pay the **Tribe** for unpaid debt. Finally, in **2017** was the disputed **Tribal Referendum election** on **Blackfeet Water Rights Compact.** Also in **2017** a **law suit** was **filed** by Tribal Members in **Tribal Court**.

**Original legal protections** of the **Blackfeet Water Right** is the **Blackfeet Treaty** of **1855**. The **Paper Right** was established in **Conrad Investment Co. v. US 161 F. 829 (9thCircuit, (1907)** for **1600 miners inches** to the **Birch Creek** with **future legal privileges** to the **remaining flow.** Birch Creek is the legal precedence for other **Tribal border water ways** like the Milk (40F) and St. Mary (40T) rivers with complete interests in the **Interior waterways** because they are **not International border waterways** separating the **reservation** from a **Foreign Nation** (US and Canada) including all **improvements** to the **water delivery system** on the **reservation**. **Decreed water rights** have to at the minimum be a **mirror image** of the **Federal Decreed water right no.720** which addressed both **Winter's** and **McCarren.**

**Legal Title** to reservation waters is also protected in the **Blackfeet Corporate Charter** in Section 5 **Corporate Powers (b) (1) No sale** or **mortgage** may be made by the **Tribe** of any land or interests in land, including water power sites, water rights, oil, gas and other mineral rights now or hereafter held by the **Tribe within the boundaries** of the **Blackfeet reservation**. **Requiring** the **Legal Consent** of the Tribal **Membership** for **Special Tribal Elections** for the **New Blackfeet Constitution** and **Blackfeet Water Compact** is the most recent proof that the **Membership** has **Legal Standing** in all matters involving the trust properties as **Part Owners** of the **Tribal reservation/estate** according to the **Blackfeet Treaty** of **1855**, the **1934 Blackfeet Constitution** and the **1935 Blackfeet Corporate Charter.**

Other documents that **recognize Tribal Member Ownership** of the **Blackfeet reservation** and **Blackfeet Water Right** are the **Constitution** of the **1865 Montana Territory**, the **Montana Enabling Act** of February 22, **1889**, 4, 25 stat. 676-677 and the **Montana Constitution**, Ordinance no. 1 **(1895)**.

**Problems** with the **Blackfeet Water Compact** starts with **No money** for **Tribal Members** as **Legal Signatory** for exercising or changing the **Blackfeet Water Righ**t. Another big problem area is **Not allowing Tribal Member amendments** to compact or bill because **Tribal Government Staff** would not allow revisions, substitutions or changes to the **Water Rights documents.**

Another objections is **eliminating liability** for **US Government** for breaking the **Blackfeet Treaty** It is the **US Government's Trust Responsibility** to protect the **Legal Rights** of the **Tribe** and its **Members** especially against **Non-Indian** (Foreign) **laws** that abolish **Tribal Inherent Sovereignty.** The **Blackfeet Water Compact** takes away all **Tribal Member ownership** of the **Blackfeet Water Right** because the document **legitimizes** the illegal development of **Blackfeet water resources** and has **No Compensatory Settlement** for **past, current** and **future use** of the **Tribal water right.**

These **objections** along with **protests** to the **Blackfeet Water Compact** for the lack of compensatory damages for the illegal capture, impoundment and use of **Tribal water resources** for basin 40 and 41 are direct injury to all **Tribal Members** including the **Plaintiffs, Enrolled Members** of the **Blackfeet Tribe aka Treaty Status Indians** (*Modern day descendants of the full blood community of Pikuni Indians*) because of **Undiscovered Financial Benefit** connected to the **development** of the **Tribal water right** and the lost of **Legal Title** to disputed water resources. The Blackfeet **Water Compact** also prevents the **Tribe** and the **Members** from getting **compensatory damages** from **private businesses** like the **Pondera County Canal and Reservoir Company (PCCRC)** and other parties like the **St Mary River Irrigation Districts (SMRID)** who **trespass on** the **Blackfeet Water Right** by the illegal diversion, impoundment and use of a **Federal Decreed water right.**

**Other objections** against the **Blackfeet Water Compact's "Deferred Use status"** for **all Blackfeet water resources. Deferred Use status suspends** for **15 years** any kind of development (domestic, agriculture, or commercial) and **amends** or changes all existing legal water rights for both **decreed** and **unallocated water rights. Deferred Use status can be temporarily or indefinitely suspended after 15 years** because of a list of **political encumbrance** freezing out **Membership Consent.**

Like the **Deferred Use** rule, **legal encumbrances** for the **Right-of-Way for water delivery facilities** on the **reservation** are not exercised. These **legal dispute** over the **right of ways** are replaced by a **Tribal-Federal MOA Management contract. The Water delivery Infrastructure funded by Indian Service** for the **Blackfeet reservation** is a **Tribal asset** which is not addressed by the **MOA.**

**Walton rights** and **Water Rights** for **down stream Tribes (Fort Belnap** and **Fort Peck)** have

**Secondary use** because the **disputed waters originate on** the **Blackfeet reservation** and the **Senior water right** is held by the **Blackfeet tribe** based on **Treaty** and **Historic Development** of the **Blackfeet reservation water resources.**

There is also **No federal money** appropriated to fix the existing **water delivery systems** on the **reservation.** These **unfunded mandates** are part of a promise to the **Membership** that the **Tribe** would be getting millions of dollars which the **Membership** believed is **Tribal money** that can be distributed to the **Membership** according to the **Blackfeet Corporate Charter, section 8, Corporate Dividends.**

There is also an objection to creating a **Mitigation Project** that transfers the **Tribal water right** and **Tribal water resources** to **Montana state water users** violating **Conrad Investment** and **US v. Montana.** Putting a **Mitigation Committee** with foreign representatives in charge of **management** and **allocation** of the **Blackfeet water right** makes this group (**Mitigation Committee**) the defacto owner of all **Tribal water resources** and **main benefactor (salary, gratuity, or sales)** of any income generate by these **Tribal assets.**

**Other problems** with the **Blackfeet Water Compact** is exclusively **Leasing Blackfeet water** from **Four Horns** reservoir to **local non-Indian off reservation use** instead of **Leasing** the **water resource** to a **regional market** for a **higher price.** In addition to only serving the **water needs** of the **local non-Indian water users,** the **Blackfeet Water Compact does not distributing any** of the **Water Leasing money** to the **Membership** as **Blackfeet Corporate dividends** or **Tribal income.**

Also **Not included** in the **Plan** for **Leasing Blackfeet water** are the **non-binding pledges** of payment for the **Tribal water right** for the **St Mary-Milk water right (40T and 40F)** which is for **50,000 aft** and the **Lake Elwell Allocation** for basins **41L** and **41M** which is also for **50,000 aft.** The present **Leasing Plan** is limited to **15,000 aft** from **Four Horns** reservoir.

Just like **money** generated from leasing **Blackfeet water,** the **Blackfeet Water Compact** also has plans to make **money** from **hydroelectric sales** from regional electricity users. Because there will be **no Federal Government oversight** for 10 years on the **Tribe** spending of hydroelectric sales money, criminal prosecution of theft or misappropriation of **Tribal dollars** will not be a priority. **None** of these **monies** will be given to the **Members.** The **hydroelectric sales** will come from energy generated at a **new proposed hydroelectric facility** on **Tribal land** at the **St Mary-Milk river hydraulic drops.** The **Tribe** is also legally obligated to make **yearly payments** for **operating expenses** of the **new hydroelectric facility** which will be managed by the **Bureau of Reclamation's (BOR) St Mary-Milk river Project.**

The **Blackfeet Water Compact** did "reserve" **In-Stream water rights** both surface and ground water. **In-Stream water rights** are for the **natural flow** water rights that existed **before human development.** Theses **In-Stream water rights** are for **Western Boundary Tribal lands** managed by the **Lewis** and **Clark National Forest** and the **US Park Service.**

The **Blackfeet tribe** is the **only Indian tribe** in **Montana** that has a **Pre-existing Federal Decreed water right** to a waterway on a **Montana Indian reservation (Birch Creek no. 720)** so only seeking **decreed water rights** for a Laurentian divide stream (**Lee creek**) below **Chief Mountain** in the far northwest corner of the **reservation** and an another small stream (**Willow creek**) near the **agency town site** of **Browning** while **making rules** that registers the Tribe and reservation as the **last party** to get a **water allocation** of reservation waters is **Staff** committing **Perjury** by Culpable Malfeasance

causing legal and financial **injury** by **intrinsic fraud** by misleading the **Tribal membership** by skewed **water rights documents, ballot language** and a **disingenuous public information campaign.** For these **reasons** the **Blackfeet Water Compact** and **Water Rights Settlement Act** ignores the **Rule of Law** and the **Legal Rights** of the **Tribal Membership Signatory** for the **Blackfeet Water Right. Not protecting Tribal assets** and **Legal status** of the **Members** of the **Blackfeet tribe** are direct **injuries** to the **Blackfeet Treaty right, Ownership rights** of the **Membership** and the **Tribe's Inherent Sovereignty**.

The **Tribal Council's, Oath of Office** is the **legal obligation** to protect the **Blackfeet** and **US Constitutions** and if the **Council** breaks the law, all **business deals** or **administrative acts** outside the **Rule of Law** are null and void. **Tribal laws** that support this **proposition** are **Article 6 Powers of the Council, section c** (to prevent the sale, disposition, lease or encumbrance of **Tribal lands**, interests in land or other **Tribal assets**, without consent of the **Tribe**.)

**Changing** the **Legal Definition** of **Tribe** and **Tribal member** while purposefully giving away a **Tribal Treaty Right** without **financial** or **legal compensation** as described in the **New Blackfeet Constitution** and the **Blackfeet Water Compact** is a **direct injury** to the **Enrolled Members of the Blackfeet Tribe** aka **Treaty Status Indians** (*Modern day descendants of the full blood community of Pikuni Indians*) as **Part Owners** of the **Blackfeet reservation** because the **Legal outcomes** were **unbeknownst** to **Tribal members outside their group (Cabal).**

### Conclusion

For the **reasons** identified above, the **Pro Se Plaintiffs**, the **Enrolled Members of the Blackfeet tribe aka Treaty Status Indians** (*Modern day descendants of the full blood community of Pikuni Indians*) requests that the **Court grant Pro Se Plaintiffs' Motion for Leave to file** the proposed **Amended Complaint** to **CV 15-92-GF-BMM-JTJ**.

**The United States District Court**

## Certificate of Service

I hereby certify that on the **12th day of February, 2018**, a copy of the foregoing document was served on the following following person by the following means.

| | |
|---|---|
| __2__ | CM/ECF |
| _____ | Hand Delivery |
| _____ | U.S. Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk of Court

2. Melissa A. Hornbein
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100