UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ENROLLED MEMBERS OF THE BLACKFEET TRIBE aka Treaty Status Indians; RICHARD HORN; DUANE MANY HIDES; ROY INGRAM; ERNEST OLSEN; LARRY M. REEVIS,<br><br>          Plaintiffs,<br><br>vs.<br><br>THEDUS CROWE; KEVIN K. WASHBURN; SALLEY JEWELL; AND BARACK OBAMA,<br><br>          Defendants. | Case No. CV-15-92 -GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      IT IS ORDERED that Magistrate Judge Johnston's Findings and Recommendations (Doc. 43) are ADOPTED IN FULL.

      IT IS ORDERED that Plaintiffs' Motion for Appointment of Counsel is DENIED.

IT IS ORDERED that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 32) is GRANTED.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss Plaintiffs' original Complaint (Doc. 19) is DENIED as moot.

Dated this 19th day of November, 2018.

                TYLER P. GILMAN, CLERK

                By: /s/ S. Redding
                        S. Redding, Deputy Clerk